UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: STEVEN WAYNE BONILLA | No. 2:23-cv-01255-TLN-KJN |
| | No. 2:23-cv-01256-TLN-KJN |
| | No. 2:23-cv-01257-TLN-KJN |
| | No. 2:23-cv-01258-TLN-KJN |
| | No. 2:23-cv-01259-TLN-KJN |
| | No. 2:23-cv-01260-TLN-KJN |
| | No. 2:23-cv-01269-TLN-KJN |
| | No. 2:23-cv-01272-TLN-KJN |
| | No. 2:23-cv-01274-TLN-KJN |
| | No. 2:23-cv-01275-TLN-KJN |
| | **ORDER** |

Plaintiff is a state prisoner, proceeding without counsel, in these civil actions. On November 29, 2018, Plaintiff was declared a vexatious litigant in Case No. 2:18-cv-2544-TLN-KJN. On June 14, 2023, the undersigned issued an amended vexatious litigant order in Case No. 2:18-cv-2544-TLN-KJN. Pursuant to the amended vexatious litigant order, all new cases filed by Plaintiff related to his Alameda County conviction will be dismissed and closed.

     Pursuant to the amended vexatious litigant order, the undersigned reviewed the complaints/petitions filed in the cases listed in the caption above.  The Court finds the complaints/petitions filed in the cases listed in the caption above are related to Plaintiff's Alameda County conviction.

     Accordingly, IT IS HEREBY ORDERED that 2:23-cv-01255, 2:23-cv-01256, 2:23-cv-01257, 2:23-cv-01258, 2:23-cv-01259, 2:23-cv-01260, 2:23-cv-01269, 2:23-cv-01272, 2:23-cv-01274 and 2:23-cv-01275 are DISMISSED; the Clerk of the Court is directed to close these cases; no further filings will be accepted in any of the above referenced cases.

     IT IS SO ORDERED.

Date:  August 4, 2023

_____
Troy L. Nunley
United States District Judge